Matter of Nedia M. v Ashley M. (2025 NY Slip Op 01732)

Matter of Nedia M. v Ashley M.

2025 NY Slip Op 01732

Decided on March 21, 2025

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on March 21, 2025
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: WHALEN, P.J., CURRAN, GREENWOOD, DELCONTE, AND KEANE, JJ.

57 CAF 23-02095

[*1]IN THE MATTER OF NEDIA M., PETITIONER-RESPONDENT,
v
ASHLEY M., RESPONDENT-APPELLANT, AND GREGORY M., RESPONDENT-RESPONDENT. (APPEAL NO. 2.) 

FRANK H. HISCOCK LEGAL AID SOCIETY, SYRACUSE (THOMAS R. BABILON OF COUNSEL), FOR RESPONDENT-APPELLANT. 
D.J. & J.A. CIRANDO, PLLC, SYRACUSE (REBECCA L. KONST OF COUNSEL), FOR PETITIONER-RESPONDENT. 
ROBERT A. DURR, COUNTY ATTORNEY, SYRACUSE (LISA S. CUOMO OF COUNSEL), FOR RESPONDENT-RESPONDENT.
WALTER BURKARD, MANLIUS, ATTORNEY FOR THE CHILD. 

 Appeal from an order of the Family Court, Onondaga County (Christina F. DeJoseph, J.), entered September 6, 2023, in a proceeding pursuant to Family Court Act article 6. The order, inter alia, appointed petitioner as the guardian of the subject child. 
It is hereby ORDERED that the order so appealed from is unanimously affirmed without costs.
Same memorandum as in Matter of Nedia M. v Ashley M. ([appeal No. 1] — AD3d — [Mar. 21, 2025] [4th Dept 2025]).
Entered: March 21, 2025
Ann Dillon Flynn
Clerk of the Court